STATE of Louisiana

v.

Antonio CUZA

NO. 2016-KK-1751

Supreme Court of Louisiana.

September 23, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. F, No. 15-3977; to the Court of Appeal, Fifth Circuit, No. 16-K-556.

Denied.

GUIDRY, J., would grant the writ.

STATE of Louisiana

v.

Terrell M. BELVIN

NO. 2016-KD-1624

Supreme Court of Louisiana.

September 29, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 519-617; to the Court of Appeal, Fourth Circuit, No. 2016-K-854

Stay denied. Writ denied.

STATE of Louisiana

v.

David BROWN

NO. 2016-KK-1771

Supreme Court of Louisiana.

September 28, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Lafourche, 17th Judicial District Court Div. A, No. 520401; to the Court of Appeal, First Circuit, No. 2016 KW 1258

Denied.

WEIMER, J., recused.

STATE of Louisiana

v.

Willie GANT

NO. 2016-KK-1693

Supreme Court of Louisiana.

October 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Criminal District Court Div. F, No. 522-769; to the Court of Appeal, Fourth Circuit, No. 2016-K-0518 C/W 2016-K-0633

Denied.